

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA



VICTORIA REI-RISTOW            :
                               :
           v.                  :         NO.  12-2231
                               :
NCO FINANCIAL SYSTEMS, INC.    :
                               :

JUDGMENT

BEFORE BUCKWALTER, J.

    AND NOW, to wit, this 2nd day of JULY, 2012, it is ORDERED that in accordance with NCO FINANCIAL SYSTEMS, INC'S offer of judgment and plaintiff's acceptance pursuant to F.R.C.P. 68.
    It is ORDERED that judgment is entered in favor of plaintiff and against NCO FINANCIAL SYSTEMS, INC. in the amount of $750.00 together with interest and costs.

BY THE COURT:

ATTEST:

_____
Deputy Clerk

judg

**ENTERED**

JUL 1 0 2012

**CLERK OF COURT**